IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BECKY GROVES,

    Plaintiff

v.

CAROLYN W. COLVIN,

    Defendant

CASE NO. 7:13-CV-117 (HL)

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 17) filed June 12, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 2nd day of July, 2014.

        *s/ Hugh Lawson*
        **HUGH LAWSON, Senior Judge**
        **United States District Court**