# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**BECKY GROVES,**

    Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

    Defendant.

Civil Action No. 7:13-CV-117 (HL)

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (Doc. 20). Plaintiff's motion is denied. Her understanding of the disposition of this case is incorrect. The Recommendation of the Magistrate Judge, to which Plaintiff did not object and which this Court later adopted, was that the Commissioner's decision be affirmed, thereby dismissing this appeal. Plaintiff was clearly not the prevailing party and is therefore not entitled to attorney's fees.

**SO ORDERED**, this 28th day of July, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

scr